**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6782**

———————

WILLIAM MARROW-EL,

                    Plaintiff - Appellant,

          v.

BOBBY SHEARIN, Warden; J. MICHAEL STOUFFER, Commissioner,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.   (1:11-cv-01009-JFM)

———————

Submitted:  November 2, 2012      Decided:  November 7, 2012

———————

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Marrow-El, Appellant Pro Se.   Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Marrow-El appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we deny Marrow-El's motion for appointment of counsel and affirm for the reasons stated by the district court. Marrow-El v. Shearin, No. 1:11-cv-01009-JFM (D. Md. Feb. 2, 2012 & Mar. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED